JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURDIP SINGH, | Case No. ED CV 25-3024 FMO (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES CHIANG, et al., | |
| Respondents. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of March, 2026.

/s/
Fernando M. Olguin
United States District Judge